# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3420

_____

Dennis Lee Kucera,

    Appellant,

    v.

Everett O. Inbody; Alan G. Gless;
United Nebraska Bank; Jeff Johnson;
Thomas M. Maul; James Papik: Eugene
G. Schumacher; Ernest J. Osantowski;
Francis E. Osantowski; Leo J.
Osantowski; Cark K. Hart,

    Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the District
of Nebraska.

[UNPUBLISHED]

_____

Submitted:  April 7, 2000

Filed:  April 26, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Dennis Lee Kucera appeals the district court's Federal Rule of Civil Procedure 11 order sanctioning Kucera $1,000 for filing harassing litigation.  This case is the fourth in a chain of similar lawsuits brought by Kucera against the same parties.  In each case, the district court dismissed Kucera's complaint for lack of subject matter

jurisdiction and for failure to state meritorious claims. Having admonished Kucera in the earlier cases that he could be sanctioned if he continued to file meritless lawsuits, the district court ordered a $1,000 sanction in this case. Having reviewed the record and the parties' briefs, we find no abuse of discretion in the district court's decision to sanction Kucera for bringing oppressive litigation. Having satisfied ourselves that the district court responded appropriately to Kucera's relentless pursuit of frivolous litigation and that no useful purpose will be served by an extended opinion, we affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.